■ In the Matter of KEVIN CONLEY, Appellant, v MARLENE NEVISON, Respondent. [874 NYS2d 857]—Appeal from an order of the Family Court, Monroe County (Thomas W. Polito, R.), entered March 20, 2008 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.